United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRO DURAN HINOJOSA, | Case No. 25-cv-10337-HSG |
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| GENERAL MOTORS, LLC, | |
| Defendant. | |

A case management conference was held on March 10, 2026.  Having considered the parties' proposals, *see* Dkt. No. 20, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | May 11, 2026 |
| Close of Fact Discovery | August 7, 2026 |
| Exchange of Opening Expert Reports | August 24, 2026 |
| Exchange of Rebuttal Expert Reports | September 8, 2026 |
| Close of Expert Discovery | September 23, 2026 |
| Dispositive Motion Hearing Deadline | November 5, 2026, at 2:00 p.m. |
| Pretrial Conference | February 2, 2027, at 3:00 p.m. |
| Jury Trial (5 days) | February 16, 2027, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause.  The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:    3/13/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2