# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexandro Duran Hinojosa | CASE No C  4:25-cv-10337-HSG |
| **Plaintiff(s)** | |
| v. | STIPULATION AND ORDER SELECTING ADR PROCESS |
| General Motors LLC | |
| **Defendant(s)** | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

- ☑ **Private ADR** (*specify process and provider*)

  *Private mediation; provider TBD.*

The parties agree to hold the ADR session by:

- ☑ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

- ☐ other requested deadline:

Date: March 17, 2026          /s/ Gary Balyezyan
_____
                             Attorney for Plaintiff
Date: March 17, 2026          /s/ Aubrey L. Kramer
_____
                             Attorney for Defendant

---

☑ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:  3/17/2026

*Haywood S. Gull Jr.*
U.S. DISTRICT JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019